# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES UNIFIED SCHOOL DISTRICT, | ) NO. CV 06-07135 SS )<br>) **JUDGMENT** |
| Plaintiff, | ) |
| v. | ) ) |
| D.L., a minor, | ) ) |
| Defendant. | ) ) |

Pursuant to the Court's Memorandum Decision and Order, the Court enters the following Judgment,

LAUSD's Motion is GRANTED in part and DENIED in part. To the extent LAUSD seeks to reverse the ALJ's determination that it was "duty-bound" to conduct an assessment upon D.L.'s parent's referral, the Motion is DENIED as moot. To the extent LAUSD seeks to affirm the ALJ's finding that it had no statutory duty to fund an IEE, the Motion is GRANTED. To the extent LAUSD seeks to reverse the ALJ's decision that LAUSD had an equitable obligation to pay for D.L.'s IEE, the Motion is

1  DENIED.  LAUSD is ORDERED to make arrangements for payment of the
2  assessment performed on D.L. after he moved to Long Beach within thirty
3  days of the date of this Court's Memorandum Decision and Order, filed
4  concurrently with this Judgment.

7  DATED: March 10, 2008.

```
                                              /S/
                                    _____
                                    SUZANNE H. SEGAL
                                    UNITED STATES MAGISTRATE JUDGE
```